GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
CARIN C. DURYEE
REBECCA S. GARVEY
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.duryee@usdoj.gov
Rebecca.Garvey@usdoj.gov
Attorneys for Plaintiff

FILED

2021 MAY 19 PM 4: 13

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01117 TUC-JAS(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography) |
| Alexis Ivan Garcia, | |
| Defendant. | |

VICTIM CASE

SEALED

**THE GRAND JURY CHARGES:**

<u>COUNT</u>

**POSSESSION OF CHILD PORNOGRAPHY**

On or about August 11, 2020, in the District of Arizona, ALEXIS IVAN GARCIA did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, ALEXIS IVAN GARCIA knowingly possessed an Apple iPhone 11 Pro Max, IMEI: 352850113771994 which contained child pornography videos and

images, including, but not limited to, the following files:

"B62jf_100,"
"g3e1C_100,"
"glvZI_100,"
"lHR3Z_100,"
"ob8hl_100,"
"Oi2kf_100,"
"PUu2i_100,"
"S7xw5_100,"
"vy4bA_100," and
"xgV7i_100."

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: May 19, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

CARIN C. DURYEE
REBECCA S. GARVEY
Assistant U.S. Attorneys

*United States of America v. Alexis Ivan Garcia*
*Indictment Page 2 of 2*