**CHRISTOPHER L. SCILEPPI, ESQ.**
**LAW OFFICES OF CHRISTOPHER L. SCILEPPI, P.L.L.C.**
115 W. Washington Street
TUCSON, ARIZONA 85701
Telephone:      (520) 449-8446
Email:          info@scileppilaw.com
STATE BAR NO. 21591

**Attorney for Defendant** *Alexis Ivan Garcia*

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 21-CR-01117-JAS-JR |
| Plaintiff, | |
| vs. | MOTION TO CONTINUE TRIAL AND PLEA DEADLINE |
| Alexis Ivan Garcia, | |
| Defendant. | |

**COMES NOW** Defendant, **Alexis Ivan Garcia**, by and through counsel undersigned, respectfully requests that the change of plea deadline of March 25th, 2022, and trial date of April 12th, 2022, be continued for a period of at least thirty (30) days. Undersigned counsel further requests that the Notice/Motions deadline be extended.

This motion is made for the reason that undersigned counsel needs additional time to finalize his investigation and prepare for trial.

Undersigned counsel has contacted Assistant U.S. Attorney Rebecca Sable Garvey, to learn whether she would object to this request and/or a continuance being granted, and she has indicated that she has **NO OBJECTION.**

**WHEREFORE** the reasons expressed herein, undersigned counsel respectfully requests this Court grant this motion, extend the change of the plea deadline, and continue the currently scheduled trial date to include the Notice/Motions deadline.

**RESPECTFULLY SUBMITTED** this 24th day of March 2022.

LAW OFFICES OF CHRISTOPHER L. SCILEPPI, P.L.L.C.

 /s/Christopher L. Scileppi
Christopher L. Scileppi
Attorney for *Alexis Garcia*

Certificate of Service:  I certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Rebecca Sable Garvey
Assistant United States Attorney
United States Attorney's Office
Tucson, Arizona